**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**This cover sheet should be sent to ONE of the following addresses:**

| | |
|---|---|
| **Kansas City** | kcgen@mow.uscourts.gov |
| **Jefferson City** | jcgen@mow.uscourts.gov |
| **Springfield** | spfdgen@mow.uscourts.gov |

**Plaintiff** (s): **Chantal Anderson**

County of Residence: St. Louis

County Where Claim For Relief Arose: Jackson

Plaintiff's Atty(s):

**Jeffrey Kuntz**
**Wagstaff & Cartmell**
**4740 Grand Ave, Suite 300**
**Kansas City, Missouri 64112**
**8167011100**

**Defendant** (s): **Davol, Inc. ; C.R. Bard, Inc.**

County of Residence: Outside State of Missouri

Defendant's Atty(s):

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **5 Non MO corp and Principal place of Business outside MO**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **365 Personal Injury - Product Liability**

VI.Cause of Action: **28 U.S.C. Section 1332**

VII. Requested in Complaint
Class Action:

Dollar Demand: **Over 75K**
Jury Demand: **Yes**

---

**Signature: Jeffrey M. Kuntz**

**Date: 4/30/08**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. Note: You may need to adjust the font size in your browser display to make the form print properly.** Revised: 05/09/06